PS 8
(5/05)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF MASSACHUSETTS

United States of America

    vs.

Troy Jones                    Docket No. 0101 1:20CR10217

**PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE**

The undersigned U.S. Probation and Pretrial Services Officer presents this report regarding defendant Troy Jones , who was placed under pretrial release supervision by the Honorable M. Page Kelley, on 10/27/2020 under the following conditions:

1. Report to U.S. Probation and Pretrial Services as directed.
2. Continue or actively seek employment unless otherwise excused by U.S. Probation & Pretrial Services.
3. Do not obtain a passport or any other travel document while this case is pending.
4. Travel is restricted to the District of Massachusetts.
5. Avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: list to be provided by AUSA. Do not discuss the case with co-defendant unless in the presence of counsel.
6. Refrain from possessing any firearm, destructive device, or other dangerous weapon.
7. Refrain from the use of alcohol.
8. Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. 802, unless prescribed by a licensed medical practitioner.
9. Submit to any testing required by the pretrial services office or the supervising officers to determine whether the defendant is using a prohibited substance. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.
10. Refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any substance abuse testing or monitoring which is (are) required as a condition of release.
11. Participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
12. The defendant shall be required to pay for, or contribute to the cost of, the imposed monitoring and/or treatment services conditions, based on an ability to pay. In the case of treatment services, third party payment may be used, if available.
13. Report any contact with law enforcement within 24 hours.
14. Maintain residence and do not move without prior permission.

**And respectfully seeks action by the Court and for cause as follows:**

1

On October 25, 2023, Mr. Jones provided a drug test that returned positive for alcohol. Mr. Jones admitted to drinking alcohol. Probation had a lengthy conversation with Mr. Jones who denies needing additional treatment at this time. Mr. Jones has been enrolled into Phase testing and given a verbal warning. Probation will monitor closely.

On October 24, 2023, Probation met with Mr. Jones' co-defendant, Ms. Kayla Nightingale, for a routine home visit. When Probation arrived, I observed Ms. Nightingale's car windshield smashed from the inside near the passenger seat. I inquired about same, and Ms. Nightingale reported that she didn't want to get her husband in trouble but was honest with me that Mr. Jones damaged her windshield. She reported that she and Mr. Jones got into a verbal argument after discussing the pending case. Ms. Nightingale reports no concerns for her safety. It should be noted that this not a violation since both are allowed to speak with each other. There is no current condition that states they are not allowed to discuss the case. Due to this information, Probation is seeking a modification to include no discussion of the case unless in the presence of counsel.

**Petition for Action on Conditions of Pretrial Release**

PRAYING THE COURT WILL:

☐ Issue a warrant.
☐ Issue a summons for the defendant to appear for a show cause hearing.
☒ Other: **modify his conditions of release to include that he shall not discuss the case with his co-defendant unless in the presence of counsel.**

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:  10/31/2023         Place: Taunton, Massachusetts

*/s/ Julianne Robinson*

                                  Date:  10/31/2023

Julianne Robinson
U.S. Probation Officer

ORDER OF COURT

☐ Warrant to issue.
☐ Summons to issue. Clerk to schedule show cause hearing.
☐ Conditions are modified as recommended.
☐ Other:

Considered and ordered this _____ day of _____, 2023, and ordered filed and made part of the record in the above case.

_____
Honorable Judith G. Dein
U.S. Magistrate Judge