UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) TROY JONES, and<br>(2) KAYLA MARIE NIGHTINGALE<br><br>Defendants | No.   20-cr-10217-DJC |

## [~~PROPOSED~~] ORDER OF EXCLUDABLE DELAY

Upon consideration of the government's assented-to motion seeking an order of excludable delay, the Court finds:

1. Exclusion of time from May 20, 2024, through and including the date of the trial scheduled for September 9, 2024, is necessary to allow for adequate defense investigation and preparation. *See* 18 U.S.C. § 3161(h)(7)(A).

2. The ends of justice served by excluding this time period outweigh the public and defendants' interest in a speedy trial.

Accordingly, the Court grants the government's assented-to motion and ORDERS that, pursuant to 18 U.S.C. § 3161(h)(7)(A), the period from May 20, 2024, through and including September 9, 2024, is excluded from the speedy trial clock.

Dated: April 29, 2024

_____
Hon. Denise J. Casper
United States District Judge