IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br><br>vs.<br><br>TROY JONES, and<br>KAYLA NIGHTINGALE<br><br><br><br>Defendant. | Criminal No. 20-cr-10217-DJC |

## ASSENTED TO MOTION TO SUSPEND TRIAL DEADLINES AND FOR RULE 11 HEARINGS

The United States of America, by and through the undersigned Assistant United States Attorney, requests that the Court suspend all pending trial deadlines in this matter and schedule this case for Rule 11 hearings on a date convenient to the Court as to both Troy Jones and Kayla Nightingale.

August 16, 2024

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By:   /s/ *Jared C. Dolan*
JARED C. DOLAN
Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed today through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Jared C. Dolan*
Jared C. Dolan
Assistant United States Attorney

August 16, 2024