# Exhibit A

aug 01, 2024

Tracy DeBarros
half sister of Troy Jones

To whom it may concern,
   I, Tracy DeBarros am writing this letter on behalf of my half brother Troy Jones. I have known him for 44 years and can shed light on his character, upbringing and life.
I am doing so in hopes that all I share will be taken into fair consideration.
I will keep this short and brief. I also, am not taking away his responsibilities in decisions he made.
Troy and I share the same father. We grew up in the same household briefly before he and his mother moved out. Childhood from day one was abuse on every level and

disfunction and substance abuse surrounding him.
He had learning delays that were not treated properly.
Fast forward young adult/teen no structure, guidance, support or councel for past trauma to this point. Father introduces him into drugs and acts proud that he sells them.
Shortly, Troy becomes an addict and now sells to support his habit. He looses everything, his children, faith, self worth and will to live.
I'm sure you get the picture.
So here we are today. I have seen a whole different person. He is clean and sober of all substances and has martained that.
He owns his own business and has built strong relations with customers.
He's responsible, hard working.

He has managed an apartment with no issues.
He has become a great father and active parent in his childrens lives.
He has sought therapy to heal and be a healthy person for himself and society.
He takes responsibilities for his actions.
He lives with lots of regrets and losses. although he can not change those he strives to be better and do better.
Troy is not the person of his past. That person was a hurt, broken, desperate drug addict.
I sincerely ask that you please be considerate of this.
I also ask that his sentensing be at a minimum so he can take responsibility but also doesn't loose all he has accomplished.

We all are affected by the opiate problem as a society. Yes, punishment for poor decisions but what do we do to help the individuals. I ask that you see Troy for who he is today and not the broken drug addict he was.

Sincerely,
Tracy DeBarros

Margaret A. Perry



11/15/2024

To Whom It May Concern,

I am writing to offer a letter of character for my son, Troy Jones. As his parent, I have had the experience watching him grow into a man of integrity, kindness, and responsibility. I can say that he is a person of strong character and a reflection of the values we hold dear as a family.

Troy has demonstrated an innate sense of empathy and respect for others. He is the type of person who instinctively looks out for the well-being of those around him, whether it's helping a friend in need, supporting a family member through challenging times, or contributing to the community. His compassion and ability to connect with others make him a valued friend, son, and role model.

In addition to his kindness, Troy possesses an admirable work ethic and a high level of personal responsibility. Whether in his academic pursuits, extracurricular activities, or part-time job, he approaches each task with dedication, focus, and a genuine desire to do his best. His discipline and commitment to excellence are qualities that I admire deeply, and they reflect his strong sense of accountability and integrity.

I have also witnessed Troy handle adversity with maturity and grace. He has faced challenges with a positive attitude and has shown great resilience when confronted with obstacles. His ability to remain calm and thoughtful in difficult situations speaks volumes about his character and emotional intelligence.

Above all, Troy is an individual who holds honesty, fairness, and respect as fundamental principles in his life. He takes responsibility for his actions and consistently strives to be someone others can trust and rely on. As a parent, I am incredibly proud of the young man he has become, and I have no doubt that he will continue to make a positive impact on those around him in the years to come.

I speak highly to Troy Jones' character and am confident that he will continue to demonstrate the same exemplary character in any endeavor he pursues. Please feel free to contact me if you would like any further information about his character or achievements.

Sincerely,

Peg Perry
{Margaret A. Perry}

August 8, 2024

To Whom This May Concern,

My name is Richard Roomey and I am proud to offer my character recommendation of Troy Jones to whom I have personally known for 15 years as my close friend.

During my friendship with Troy, he has worked very hard to turn his life around and realizes his past mistakes. He has worked with me doing plastering and drywalling. For the past four years he has had his own landscaping business.  He is a devoted family man and a great father who supports his whole family. He has always presented himself respectfully and is an all in all compassionate and caring man.

It is my sincere hope that the court takes this letter into consideration.  Understanding the serious nature of these charges, it is important to consider how the sentence could profoundly impact Troy and his family.

Please do not hesitate to contact me if you should require any further information.


Best,


Richard Roomey



**Emily Rossignol**

[redacted]

November 11, 2024

To the party concerned,

I am writing this letter to attest to the character of my uncle, Troy Jones, who I have had the privilege of knowing and growing up beside. I've had the pleasure to know my uncle as an idol as an adolescent and an advisor for council going into my young adult years. It is with great confidence and respect that I speak to T. Jone's outstanding qualities and integrity.

Throughout the time I have known my uncle, he has consistently demonstrated a high standard of character, honesty, and reliability. Whether in personal interactions or in the course of our family matters, he has always displayed respect for others, a strong work ethic, and a deep commitment to doing what is right. Uncle Troy is someone who leads by example, and his actions consistently reflect a sense of responsibility, compassion, and fairness.

I have witnessed T. Jones contributed positively to his community through his landscaping business, Troy and Sons Landscaping, and his ability to engage with others in a respectful and thoughtful manner has earned him the trust and admiration of many people. He is not only dependable and conscientious but also genuinely kind-hearted, always willing to assist others or lend a helping hand when needed.

Based on my personal experiences with my uncle Troy Jones, I believe he possesses all the qualities that define an individual of good character. I have no hesitation in offering my greatest recommendation, and I am confident that he will continue to demonstrate these same virtues in all future endeavors.

If you require any further information or would like to discuss Troy Jones's character in greater detail, please feel free to contact me.

Sincerely,

Emily Grace Rossignol



**East Wareham**
Habit OPCO Treatment Center
Opioid Use Disorder Program

CTC East Wareham
3088A Cranberry Highway
East Wareham, MA 02538
Tel: 508-295-7990
Fax: 508-295-3781

Date: July 22, 2024

Name: Troy Jones

DOB: ▮

To Whom It May Concern I am writing in regards to Troy Jones. I have worked with Troy throughout the past 18 years. Troy was admitted for the first time to Habit OPCO in Wareham for opiate addiction back in March of 2005. Troy was admitted to the program several times in 2005, 2006, 2007, 2010, 2013, 2015 and 2020. Troy struggled with opiate addiction and recovery aspects during that time. Troy discharged from this program in October of 2020 and has done well with his recovery goals since leaving the program. It is in my professional opinion that his substance abuse is well controlled at this time. If Troy continues with his current treatment plan he is at low risk of recidivism.

If you have further questions, please feel free to contact me Monday through Friday between 8:00am-4:00p.m. 508-295-7990 ext. 206.

Sincerely,

*[signature]*

Jessica Sellars MS, LADC1
CTC Clinical Supervisor
Comprehensive Treatment Center

To Whom It May Concern,

I am writing to speak to the character of Troy Jones, who has been a part of my family for over 20 years. He shares a close bond with my youngest son and is a dedicated father and family man. Troy's children mean the world to him.

Though he faced significant challenges with substance addiction in his youth, leading to many difficult choices, I have witnessed remarkable growth in him over the past few years. He has built a successful landscaping business and is deeply committed to his work. Additionally, Troy volunteers his time to support the community whenever possible.

It has been inspiring to see his transformation into a productive member of society, and I am genuinely happy for the positive changes he has made.

Thank you for your time.

Sincerely,

Mark Tobey