To who it may concern, I am Danielle Rossignol Ahmed, Troy's sister. I have always been close to my brother through good and hard times. Our children have been raised as if they are brother and sister, not cousins. My brother has a great relationship with me, and all four of my kids are going to miss out on their Uncle. We wish that the court could see how much Troy does for his family and his kids. It is heart-aching that we aren't going to have him to help with all these kids. Please be gentle and mindful of his business and all the responsibilities Troy has to family, friends, and clients. Thank you.





Hi I'm ███████ his daughter I'm sending these two statements from me and my brother.

To whom it may concern,
Troy Jones is my father and I'm his 17year old daughter ███████, and I just want to talk about the things I've witnessed as his own child. As a kid I never knew my dad had an addiction but I remember him always getting up early in the morning and trying his hardest to fight his addiction and he'd always put a smile on his face and tries to show that he's happy even tho he's not. As a kid tho my dad struggled staying my life here n there while fighting that addiction but now he's been sober for so long and he's been in our lives and he's truly been doing that father role. And stepping up for his kids. My dad might mess up sometimes but he always will fix himself and it's never for him or for the courts he does it for his kids. My dad is now my best friend and I don't know what I would do if he wasn't my dad. I would choose my father over anyone in this whole world. My dad know also has become so obsessed with his business Tj and Sons Landscaping he enjoys what he does and he's trying his hardest now to make money the right way because he has learned so much from his mistakes and he's doing so much better from where he was from when I was a child.

       Sincerely,
       ███████

To whom it may concern,
Troy Jones is my father. I am ███████ I am currently 18. I am speaking on behalf of my two brothers, and myself. My father has always been there for us even while he struggled with addiction. While he had gone through it he had still been there for his children tried to keep a smile on his face and never tried to show he was struggling for years. My dad had always told us as we grew up about addiction. He had told us about how he struggled with it as we got older and how he would never want this type of life for us. My dad had always been in my life teaching us his mistakes and telling us how he never wants us to follow in his footsteps with addiction. But on top of that, my first job was with my father. We would work together for his landscaping company. He would pay me well for working with him too. My brothers ███████ and ███████ have gone on a couple of job runs with my dad and my sister ███████ as well. My dad swears it's his business but it's ours too. My dad just might not see that now but it's all of ours. My dad is all of our best friends. I will always appreciate my father and the man he's raised me to be and my brothers.

Sincerely,
███████

Sent from my iPhone



To whom it may concer,

I am writing this letter in regards for Troy Jones. He is my uncle, my mothers yongest brother and he has helped me in more ways than I can even count. I know from what my mother told me that they did not have an easy time growing up and Troy would usually get it the worst out of anyone from my grandfather. I also struggle from addiction, but my uncle has always had my back and been there for me, weather he has had me live with him when I had no place to go and would always make sure I had everything I needed. He has helped me get into programs, he brings me to AA meetings and since he has started his own sucessful landscape business he always makes sure that I can work with him. My uncle has the biggest heart out of anybody I know. He would do anything for anyone. I look up to my uncle he should not be were he is in life, he has amazing family and is also a great father to his kids, and makes everyone just feel comfortable around him. He has changed his life for the better and has never looked back, he is a great business owner and a great friend an uncle I love my uncle so much. He has grown and become a great member of society. I hope you consider all the aspects of my uncles life and how much he has changed for the better and he continues to try every day! I love my uncle so much!

Thanke you
— Corey Simpson