UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TROY JONES,<br><br>     Defendant. | Case No. 20-cr-10217 |

**DEFENDANT TROY JONES'**
**NOTICE OF APPEAL**

Defendant Troy Jones hereby appeals to the United States Court of Appeals for the First Circuit the Final Judgment entered by this Court on December 13, 2024.

Dated:  December 20, 2024

Respectfully submitted,

TROY JONES

By his attorneys,

*/s/ Megan A. Siddall*
Megan A. Siddall (BBO No. 568979)
Miner Siddall LLP
101 Federal Street
Boston, MA 02110
Tel. (617) 202-5890
msiddall@msdefenders.com

Elyse M. Hershon (BBO No. 691815)
240 Commercial St., Suite 5A
Boston, MA 02109
Tel. (617) 982-2892
hershonlaw@gmail.com

- 1 -

- 2 -

## **CERTIFICATE OF SERVICE**

    I hereby certify that this document was served on December 20, 2024 on counsel for the government through the Court's ECF system.

*/s/ Megan A. Siddall*
Megan A. Siddall
