**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CLERK'S CERTIFICATE AND APPEALS COVER SHEET**

**ABBREVIATED ELECTRONIC RECORD**

---

Case Caption: USA v. Jones et al

District Court Number: 1:20-cr-10217-DJC

---

Fee:    Paid?    Yes ____    No  X    Government filer ____    *In Forma Pauperis* Yes  X    No ____

---

Motions Pending        Yes ____ No  X            Sealed documents        Yes ____ No  X
*If yes, document #*   _____           *If yes, document #*    _____

*Ex parte* documents   Yes ____ No  X            Transcripts             Yes ____ No  X
*If yes, document #*   _____           *If yes, document #*    _____

---

Notice of Appeal filed by: Plaintiff/Petitioner  X     Defendant/Respondent ____    Other: ____

Appeal from:

## JUDGMENT ECF 197

Other information:

---

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # _____ filed on_____.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on  1/7/2025  .

**ROBERT M. FARRELL**
Clerk of Court

Jacqueline Martin
Deputy Clerk

---

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**