## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES** | ) | |
| | ) | |
| **v.** | ) | **Criminal No. 20-10217-DJC** |
| | ) | |
| **TROY JONES** | ) | |

### APPELLATE COUNSEL'S MOTION FOR ACCESS TO SEALED DOCUMENT

Appellate counsel for the defendant, Troy Jones, hereby requests that he be provided access to the statement of reasons for the judgment in this case. The statement of reasons is required to be included in the appendix on appeal. However, the statement of reasons is sealed in the District Court. Appellate counsel is therefore requesting that he be provided access to the statement of reasons. Counsel intends to include the statement of reasons in a sealed appendix filed with the First Circuit. The First Circuit appointed appellate counsel to represent the defendant pursuant to the Criminal Justice Act on January 30, 2025.

The government assents to this request.

Respectfully submitted,
TROY JONES,
By his attorney,

/s/ Edward Crane /s/
Edward Crane (Mass. BBO# 679016)
P.O. Box 220165
Dorchester, MA 02122
Attyedwardcrane@gmail.com
First Circuit Bar No. 1164030

Date: 9/2/2025

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES** ) | |
| ) | |
| **v.** ) | **Criminal No. 20-10217-DJC** |
| ) | |
| **TROY JONES** ) | |

## CERTIFICATE OF SERVICE

I hereby certify under the pains and penalties of perjury that I have served a copy of

appellate counsel's motion for access to sealed document to the following party via email:

Assistant United States Attorney Jared C. Dolan
United States Attorney's Office
1 Courthouse Way
Suite 9200
Boston, MA 02210

/s/ Edward Crane /s/
Edward Crane (Mass. BBO# 679016)
218 Adams Street
P.O. Box 220165
Dorchester, MA 02122
Attyedwardcrane@gmail.com
First Circuit Bar No. 1164030

Date: 9/2/25