UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.  1:20-CR-10217-001-DJC |
| | ) | |
| TROY JONES | ) | |
| Defendant. | ) | |

### SATISFACTION OF RESTITUTION AND/OR FINE JUDGMENT

Now comes the plaintiff, the United States of America, and acknowledges satisfaction of

the assessment, restitution and/or fine Judgment as to the defendant in the above-captioned

matter, Troy Jones, by payment in full. This Satisfaction does not affect any outstanding Order of

Forfeiture or Forfeiture Money Judgment entered in the case.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys

LEAH B. FOLEY
United States Attorney

By:   /s/ Raquelle L. Kaye
RAQUELLE L. KAYE
Assistant United States Attorney
One Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
Raquelle.Kaye@usdoj.gov

Date: July 10, 2026

### CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2026, this document was filed through the ECF system
and sent electronically to any registered participants and/or a paper copy was sent by mail to
Troy Jones located in West Wareham, MA.

/s/ Raquelle L. Kaye
RAQUELLE L. KAYE
Assistant United States Attorney